**NEW ORLEANS, T. & M. RY. CO. v. GROUP OF INSTITUTIONAL INVESTORS HOLDING FIRST AND REFUNDING MORTGAGE 5% GOLD BONDS OF MISSOURI PAC. R. CO. et al.**

**THOMPSON v. SAME.**

**COMSTOCK v. THOMPSON et al.**
Nos. 13377–13379.

Circuit Court of Appeals, Eighth Circuit.
Aug. 28, 1947.

Maxwell Brandwen, of New York City (William H. Biggs, of St. Louis Mo., and Phillip I. Blumberg, of New York City, on the brief), for appellants.

Charles W. McConaughy, of New York City (W. Lloyd Kitchel, of New York City, Jacob Chasnoff, of St. Louis, Mo., and Cadwalader, Wickersham & Taft, of New York City, on the brief), for appellee Group of Institutional Investors Holding First and Refunding Mortgage 5% Gold Bonds of Missouri Pac. R. Co.

Sanford H. E. Freund, of New York City (Shearman & Sterling & Wright, of New York City, on the brief), for appellee Bondholders Protective Committee, Missouri Pac. R. Co. General Mortgage.

Harry Kirshbaum, of New York City (Edwin J. Bean, of St. Louis, Mo., and John E. Stone, of New York City, on the brief), for appellee Convertible Bondholders Group.

Luther M. Walter and Helen W. Munsert, both of Chicago, Ill., for appellees Charles H. Thornton and A. J. Sevin, constituting a Protective Committee for Holders of Common Stock of Missouri Pac. R. Co.

Marion Pierce, of New York City, for Missouri Pac. R. Co., debtor.

Before GARDNER, WOODROUGH, and THOMAS, Circuit Judges.

WOODROUGH, Circuit Judge.

These appeals, Nos. 13,377 and 13,378, by Comstock in the names of Guy A. Thompson, Trustee, and in the name of the New Orleans, Texas and Mexico Railway Company, Debtor, were presented upon the same record as the appeal in Comstock v. Group of Institutional Investors, No. 13,-376, 163 F.2d 350. They were taken out of precaution to reverse the same order (No.

2604–A) involved in No. 13,376 on the same grounds, to be relied on in the event that some insufficiency of right to review the order should be found in respect to Comstock's appeal taken in his own name as an owner and holder of 5¼ per cent. Missouri Pacific Secured Serial Bonds. We have accorded review to Comstock and considered the grounds of attack upon the order and affirmed it in No. 13,376, this day decided, and accordingly dismiss these appeals.

The appeal in No. 13,379 is taken from an order denying Comstock's application for leave to appeal from Order No. 2604-A in the name of the railroad or of the trustee and is also dismissed on the same considerations.